Dominique N. Thomas, Bar No. 231464
dnthomas@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Fax No.: 925.946.9809

Attorneys for Defendants
TAK COMMUNICATIONS CA, INC. AND
LARRY L. WRAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNOR DALTON and ANTHONY SAMANO, as participants in and on behalf of the O.C. Communications Employee Partnership Program Plan and Trust, and on behalf of a class of all others who are similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORREST C. FREEMAN (aka CRAIG FREEMAN); ALERUS FINANCIAL, N.A.; CARLA FREEMAN; LARRY L. WRAY; REGINAL D. WRIGHT; RICK WYLIE; DON YEE; JOHN DOES 1-50; O.C. COMMUNICATIONS, INC.; and TAK COMMUNICATIONS CA, INC,<br><br>Defendants. | Case No. 2:22-CV-00847-JAM-DMC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Complaint Filed: May 18, 2022 |

Plaintiff CONNOR DALTON AND ANTHONY SAMANO ("Plaintiffs") and Defendants TAK COMMUNICATIONS CA, INC. AND LARRY L. WRAY("Defendants") (collectively, the "Parties") hereby jointly stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint against Defendants on May 18, 2022, in the United States District Court for the Eastern District of California;

WHEREAS, Defendant TAK Communications CA, Inc. was deemed served with

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

CASE NO. 2:22-CV-00847-JAM-DMC

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

the Complaint on June 8, 2022, and its response to the Complaint is currently due on June 29, 2022;

WHEREAS, the Parties have agreed to a thirty-day extension for Defendants to respond to the Complaint; and

WHEREAS, there have been no prior extensions in this matter.

NOW, THEREFORE, the Parties have agreed to extend the deadline for Defendants to respond to Plaintiffs' Complaint by 30 days from June 29, 2022 to July 29, 2022.

**IT IS SO STIPULATED.**

Dated: June 27, 2022                SCHNEIDER WALLACE COTTRELL KONECKY LLP


*/s/ Jason H. Kim (as authorized on June 27, 2022)*
Dominique N. Thomas

Attorneys for Plaintiffs
CONNOR DALTON AND ANTHONY SAMANO

Dated: June 27, 2022                LITTLER MENDELSON P.C.


*/s/ Dominique N. Thomas*
Dominique N. Thomas

Attorneys for Defendants
TAK COMMUNICATIONS CA, INC. AND LARRY L. WRAY

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT      2      CASE NO 2:22-CV-00847-JAM-DMC

# ORDER

IT IS SO ORDERED.

Dated: July 6, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT    3    CASE NO 2:22-CV-00847-JAM-DMC