TODD M. SCHNEIDER (SBN 158253)
JASON H. KIM (SBN 220279)
JAMES A. BLOOM (SBN 311051)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone:    415.421.7100
Facsimile:    415.421.7105

Attorneys for Plaintiffs
CONNOR DALTON and ANTHONY SAMANO, *et al.*

ANTHONY L. VIGNOLO (Bar No. 203933)
avignolo@downeybrand.com
JENNIFER L. WILLIAMS (Bar No. 261037)
jwilliams@downeybrand.com
**DOWNEY BRAND LLP**
3425 Brookside Road, Suite A
Stockton, California 95219
Telephone:    209.473.6450
Facsimile:    209.473.6455

Attorneys for Defendant
O.C. COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONNOR DALTON and ANTHONY SAMANO, as participants and on behalf of the O.C. Communications Employee Partnership Program Plan and Trust, and on behalf of a class of all others who are similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FORREST C. FREEMAN (aka CRAIG FREEMAN); ALERUS FINANCIAL, N.A.; CARLA FREEMAN; LARRY L. WRAY; REGINAL D. WRIGHT; RICK WYLIE; DON YEE; JOHN DOES 1-50; O.C. COMMUNICATIONS, INC.; and TAK COMMUNICATIONS CA, INC.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00847-JAM-DMC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1819099v1

1

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 144(a), IT IS HEREBY STIPULATED and AGREED by and between plaintiffs CONNOR DALTON and ANTHONY SAMANO, as participants and on behalf of the O.C. Communications Employee Partnership Program Plan and Trust, and on behalf of a class of all others who are similarly situated ("Plaintiffs"), and defendant O.C. COMMUNICATIONS, INC. ("Defendant") that:

1. Defendant's time to respond to the Class Action Complaint, filed on May 18, 2022 (Doc. 1) ("Complaint") is extended from July 18, 2022, to July 29, 2022.

2. Good cause exists for the agreed extension because Defendant tendered defense of this action to its insurance carrier, which has yet to make a decision regarding coverage, necessitating retention of independent counsel. Defense counsel needs additional time to investigate the allegations in the Complaint and respond.

3. This stipulation or extension does not constitute a waiver of any claim, right, or defense.

4. The requested extension will not affect any of the other dates set in the case.

DATED:  July 15, 2022                SCHNEIDER WALLACE COTTRELL KONECKY LLP


By:   /s/ James A. Bloom (as authorized on 7/15/2022)
TODD M. SCHNEIDER
JASON H. KIM
JAMES A. BLOOM
Attorneys for Plaintiffs
CONNOR DALTON and
ANTHONY SAMANO, *et al.*


* SIGNATURES CONTINUED ON NEXT PAGE *

DOWNEY BRAND LLP

| | |
|---|---|
| DATED: July 15, 2022 | DOWNEY BRAND LLP |

By: _____
ANTHONY L. VIGNOLO
JENNIFER L. WILLIAMS
Attorneys for Defendant
O.C. COMMUNICATIONS, INC.

* END OF STIPULATION *

**ORDER**

IT IS SO ORDERED.

DATED:  July 15, 2022        /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT COURT JUDGE