

# United States District Court
# Eastern District of California

| Connor Dalton, et al. | | Case Number: | 2:22-CV-00847-JAM-DMC |

Plaintiff(s)

V.

| Forrest C. Freeman, et al. |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Lars C. Golumbic hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Alerus Financial, N.A.

On 03/10/2000 (date), I was admitted to practice and presently in good standing in the D.C. Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Pro hac vice application made in Zavala v. Kruse-Western, Inc. et al, No.1:19-cv-00239-DAD-SKO, on 7/14/2022, and granted on 7/15/2022.

Date: 07/18/2022     Signature of Applicant: /s/ Lars C. Golumbic

---

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

Applicant's Name: Lars C. Golumbic
Law Firm Name: Groom Law Group, Chartered
Address: 1701 Pennsylvania Ave., N.W.

City: Washington   State: DC   Zip: 20006
Phone Number w/Area Code: (202) 861-6615
City and State of Residence: Shepherdstown, WV
Primary E-mail Address: lgolumbic@groom.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Natasha S. Fedder
Law Firm Name: Scale LLP
Address: 315 Montgomery Street, 10th Floor

City: San Francisco   State: CA   Zip: 94104
Phone Number w/Area Code: (415) 735-5933   Bar #: 325919

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 7/18/2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT COURT JUDGE