1  Dominique N. Thomas, Bar No. 231464
   dnthomas@littler.com
2  LITTLER MENDELSON, P.C.
   Treat Towers
3  1255 Treat Boulevard
   Suite 600
4  Walnut Creek, California  94597
   Telephone:    925.932.2468
5  Fax No.:       925.946.9809

6  Attorneys for Defendants
   TAK COMMUNICATIONS CA, INC. AND
7  LARRY L. WRAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNOR DALTON and ANTHONY SAMANO, as participants in and on behalf of the O.C. Communications Employee Partnership Program Plan and Trust, and on behalf of a class of all others who are similarly situated, | Case No. 2:22-CV-00847-JAM-DMC  **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| Plaintiffs, | Complaint Filed:    May 18, 2022 |
| v. | |
| FORREST C. FREEMAN (aka CRAIG FREEMAN); ALERUS FINANCIAL, N.A.; CARLA FREEMAN; LARRY L. WRAY; REGINAL D. WRIGHT; RICK WYLIE; DON YEE; JOHN DOES 1-50; O.C. COMMUNICATIONS, INC.; and TAK COMMUNICATIONS CA, INC, | |
| Defendants. | |

Plaintiffs CONNOR DALTON AND ANTHONY SAMANO ("Plaintiffs") and Defendant TAK COMMUNICATIONS CA, INC. ("Defendant" or "TAK") (collectively, the "Parties") hereby jointly stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint against Defendant, among other defendants, on May 18, 2022, in the United States District Court for the Eastern District of California;

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

CASE NO. 2:22-CV-00847-JAM-DMC

WHEREAS, Defendant TAK Communications CA, Inc. was deemed served with the Complaint on June 8, 2022, and its response to the Complaint was originally due on June 29, 2022;

WHEREAS, the Parties agreed to a thirty-day extension for Defendants to respond to the Complaint through and including July 29, 2022, and submitted a Stipulation and Proposed Order to that effect which the Court granted and entered on July 6 (*see* Doc. 5; Doc. 6)[1];

WHEREAS during the extended period of time granted for Defendant to respond to the Complaint, the Parties have conferred with each other regarding whether TAK is an appropriate defendant to be included in this matter, and have discussed voluntarily exchanging information with each other bearing on this issue and which could lead to an agreement that TAK is not a proper defendant and, potentially, dismissal of TAK from this matter;

WHEREAS, the Parties would like a brief extension of time to continue this ongoing dialogue and exchange of information to facilitate those discussions (including time necessary to discuss a confidentiality arrangement for data to be exchanged), particularly given that counsel for both Plaintiffs and Defendant had pre-planned vacations during the early part of July; and

WHEREAS, the Parties confirm for the Court that this Stipulation and Proposed Order are not submitted for purposes of delay, but expressly for the purposes of continuing ongoing dialogue that may result in TAK being dismissed as a defendant in this matter or, at minimum, streamlining the allegations and claims regarding TAK in a way that will facilitate the litigation moving forward.

NOW, THEREFORE, the Parties have agreed to extend and jointly request that

---

[1] The original Stipulation and Proposed Order included Defendant Larry Wray, because at that time there was a question regarding whether Mr. Wray had been served with the Complaint. Subsequently it has been determined that Mr. Wray has not yet been served with the Complaint, accordingly, the Parties are not requesting herein a further extension of time for Mr. Wray to respond to the Complaint. Instead, counsel for Defendant has agreed to work with counsel for Plaintiffs to execute a waiver of service for Mr. Wray and his deadline to respond to the Complaint will be established through that process.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO PLAINTIFFS'        2        CASE NO 2:22-CV-00847-JAM-DMC
COMPLAINT

the Court extend the deadline for Defendant to respond to Plaintiffs' Complaint by 21 days from July 29, 2022 to August 19, 2022.

**IT IS SO STIPULATED.**

Dated: July 27, 2022                         SCHNEIDER WALLACE COTTRELL KONECKY LLP

*/s/ James Bloom (as authorized on July    , 2022)*
James Bloom

Attorneys for Plaintiffs
CONNOR DALTON AND ANTHONY SAMANO

Dated: July 27, 2022                         LITTLER MENDELSON P.C.

*/s/ Dominique N. Thomas*
Dominique N. Thomas

Attorneys for Defendants
TAK COMMUNICATIONS CA, INC. AND LARRY L. WRAY

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT        3        CASE NO 2:22-CV-00847-JAM-DMC

**ORDER**

IT IS SO ORDERED.

Dated: July 28, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT    4    CASE NO 2:22-CV-00847-JAM-DMC