Dominique N. Thomas, Bar No. 231464
dnthomas@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Fax No.: 925.946.9809

Attorneys for Defendants
TAK COMMUNICATIONS CA, INC. AND
LARRY L. WRAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNOR DALTON and ANTHONY SAMANO, as participants in and on behalf of the O.C. Communications Employee Partnership Program Plan and Trust, and on behalf of a class of all others who are similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORREST C. FREEMAN (aka CRAIG FREEMAN); ALERUS FINANCIAL, N.A.; CARLA FREEMAN; LARRY L. WRAY; REGINAL D. WRIGHT; RICK WYLIE; DON YEE; JOHN DOES 1-50; O.C. COMMUNICATIONS, INC.; and TAK COMMUNICATIONS CA, INC,<br><br>Defendants. | Case No. 2:22-CV-00847-JAM-DMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Complaint Filed:   May 18, 2022 |

Plaintiffs CONNOR DALTON AND ANTHONY SAMANO ("Plaintiffs") and Defendant TAK COMMUNICATIONS CA, INC. ("Defendant" or "TAK") (collectively, the "Parties") hereby jointly stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint against Defendant, among other defendants, on May 18, 2022, in the United States District Court for the Eastern District of California;

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

CASE NO. 2:22-CV-00847-JAM-DMC

1    WHEREAS, Defendant TAK Communications CA, Inc. was deemed served with the Complaint on June 8, 2022, and its response to the Complaint was originally due on June 29, 2022;

WHEREAS, the Parties agreed to a thirty-day extension for Defendant to respond to the Complaint through and including July 29, 2022, and submitted a Stipulation and Proposed Order to that effect which the Court granted and entered on July 6 (*see* Doc. 5; Doc. 6);

WHEREAS, subsequently the Parties began conferring with each other regarding whether TAK is an appropriate defendant to be included in this matter, and discussed voluntarily exchanging information with each other bearing on this issue and which could lead to an agreement that TAK is not a proper defendant and, potentially, dismissal of TAK from this matter;

WHEREAS, in order to facilitate their discussions regarding whether TAK is a proper defendant and the exchange of information the Parties were contemplating to allow the Parties to further assess that issue, the Parties agreed to a twenty-one day extension for Defendant to respond to the Complaint through and including August 19, 2022, and submitted a Stipulation and Proposed Order to that effect which the Court granted and entered on July 28 (*see* Doc. 21; Doc. 22);

WHEREAS, during the extended period of time granted for Defendant to respond to the Complaint, Defendant has been working to secure consent of the appropriate individuals and third-parties to release of certain information the Parties discussed exchanging as a part of their dialogue regarding whether TAK is an appropriate defendant to be included in this matter, and to work through all associated confidentiality concerns, and this process has taken longer than anticipated given the number of stakeholders involved;

WHEREAS, the Parties need a further brief extension of time to allow Defendant to complete this process, enter into an appropriate confidentiality agreement to govern the information exchanged, and to exchange and assess the information they have

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO PLAINTIFFS'   2   CASE NO 2:22-CV-00847-JAM-DMC
COMPLAINT

discussed that bears on whether TAK is an appropriate defendant to be included in this matter; and

WHEREAS, the Parties confirm for the Court that this Stipulation and Proposed Order are not submitted for purposes of delay, but expressly for the purposes of continuing ongoing dialogue that may result in TAK being dismissed as a defendant in this matter or, at minimum, streamlining the allegations and claims regarding TAK in a way that will facilitate the litigation moving forward.

NOW, THEREFORE, the Parties have agreed to extend and jointly request that the Court extend the deadline for Defendant to respond to Plaintiffs' Complaint by 21 days from August 19, 2022 to September 9, 2022.

**IT IS SO STIPULATED.**

Dated: August 19, 2022                     SCHNEIDER WALLACE COTTRELL KONECKY LLP

*/s/ James Bloom (as authorized on August __, 2022)*
James Bloom

Attorneys for Plaintiffs
CONNOR DALTON AND ANTHONY SAMANO

Dated: August 19, 2022                     LITTLER MENDELSON P.C.

*/s/ Dominique N. Thomas*
Dominique N. Thomas

Attorneys for Defendants
TAK COMMUNICATIONS CA, INC. AND LARRY L. WRAY

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT — 3 — CASE NO 2:22-CV-00847-JAM-DMC

**ORDER**

IT IS SO ORDERED.

Dated: August 19, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

4

CASE NO 2:22-CV-00847-JAM-DMC