Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
James A. Bloom (SBN 311051)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
JKim@schneiderwallace.com
JBloom@schneiderwallace.com

*Attorneys for Plaintiffs Connor Dalton and Anthony Samano and the Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNOR DALTON and ANTHONY SAMANO, as participants in and on behalf of the O.C. Communications Employee Partnership Program Plan and Trust, and on behalf of a class of all others who are similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>FORREST C. FREEMAN (aka CRAIG FREEMAN); ALERUS FINANCIAL, N.A.; CARLA FREEMAN; LARRY L. WRAY; REGINAL D. WRIGHT; RICK WYLIE; DON YEE; JOHN DOES 1-50; O.C. COMMUNICATIONS, INC.; and TAK COMMUNICATIONS CA, INC,<br><br>                Defendants. | Case No. 2:22-cv-00847-JAM-DMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO ALERUS FINANCIAL, N.A.'S MOTION TO DISMISS COMPLAINT** |

This matter comes before the Court on Plaintiffs' Motion for Extension of Time to Respond to Alerus Financial N.A.'s Motion to Dismiss Complaint.

Plaintiffs' Motion is granted for good cause shown. The Court hereby ORDERS, that Plaintiffs' have an additional twenty-one (21) days to September 13, 2022 to respond to Alerus Financial N.A.'s Motion to Dismiss Complaint.

DATED: August 26, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE