Dominique N. Thomas, Bar No. 231464
dnthomas@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, California  94597
Telephone:   925.932.2468
Fax No.:       925.946.9809

Attorneys for Defendants
TAK COMMUNICATIONS CA, INC. AND
LARRY L. WRAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNOR DALTON and ANTHONY SAMANO, as participants in and on behalf of the O.C. Communications Employee Partnership Program Plan and Trust, and on behalf of a class of all others who are similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORREST C. FREEMAN (aka CRAIG FREEMAN); ALERUS FINANCIAL, N.A.; CARLA FREEMAN; LARRY L. WRAY; REGINAL D. WRIGHT; RICK WYLIE; DON YEE; JOHN DOES 1-50; O.C. COMMUNICATIONS, INC.; and TAK COMMUNICATIONS CA, INC,<br><br>Defendants. | Case No. 2:22-CV-00847-JAM-DMC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Complaint Filed:       May 18, 2022 |

Plaintiffs CONNOR DALTON AND ANTHONY SAMANO ("Plaintiffs") and Defendant LARRY L. WRAY ("Defendant" or "Wray") (collectively, the "Parties") hereby jointly stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint against Defendant, among other defendants, on May 18, 2022, in the United States District Court for the Eastern District of California;

WHEREAS, Defendant executed and returned a waiver of service form dated July 13, 2022, making Wray's response to the Complaint due on September 12, 2022;

WHEREAS, the Parties are now in the process of conferring with each other regarding whether Wray is an appropriate defendant to be included in this matter, and are in the process of voluntarily exchanging information with each other bearing on this issue and which could lead to an agreement that Wray is not a proper defendant and, potentially, dismissal of Wray from this matter;

WHEREAS, in order to facilitate their discussions regarding whether Wray is a proper defendant and the exchange of information the Parties are contemplating to allow the Parties to further assess that issue, the Parties have agreed that a brief fourteen-day extension for Wray to respond to the Complaint through and including September 26, 2022; and

WHEREAS, the Parties confirm for the Court that this Stipulation and Proposed Order are not submitted for purposes of delay, but expressly for the purposes of continuing ongoing dialogue that may result in Wray being dismissed as a defendant in this matter or, at minimum, streamlining the allegations and claims regarding Wray in a way that will facilitate the litigation moving forward.[1]

NOW, THEREFORE, the Parties have agreed to extend and jointly request that the Court extend the deadline for Defendant to respond to Plaintiffs' Complaint by 14 days from September 12, 2022 to September 26, 2022.

---

[1] The Parties note that a similar conferral process between the same counsel regarding former defendant TAK Communications CA, Inc. was successful in reaching agreement to dismiss it from the lawsuit (*see* Doc. 37, Doc. 38), confirming that such discussions can help streamline the allegations and claims in the case.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT     2     CASE NO 2:22-CV-00847-JAM-DMC

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: September 12, 2022 | SCHNEIDER WALLACE COTTRELL KONECKY LLP |
| | |
| | */s/ James Bloom (as authorized on August __, 2022)* |
| | James Bloom |
| | |
| | Attorneys for Plaintiffs |
| | CONNOR DALTON AND ANTHONY SAMANO |
| | |
| Dated: September 12, 2022 | LITTLER MENDELSON P.C. |
| | |
| | */s/ Dominique N. Thomas* |
| | Dominique N. Thomas |
| | |
| | Attorneys for Defendant |
| | LARRY L. WRAY |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT     3     CASE NO 2:22-CV-00847-JAM-DMC

# ORDER

IT IS SO ORDERED.

Dated:  September 12, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

4

CASE NO 2:22-CV-00847-JAM-DMC