Lars C. Golumbic, admitted *pro hac vice*
Samuel I. Levin, admitted *pro hac vice*
Shaun A. Gates, admitted *pro hac vice*
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
Email: lgolumbic@groom.com
       slevin@groom.com
       sgates@groom.com

Natasha Fedder (SBN 325919)
Foundation Law Group LLP
4100 W Alameda Avenue, 3rd Floor
Burbank, CA 91505
Tel: (610) 246-3623
Email: nfedder@foundationlaw.com

Counsel for Defendant ALERUS FINANCIAL, N.A.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONNOR DALTON, et al. <br><br> Plaintiffs, <br><br> v. <br><br> FORREST C. FREEMAN, et al., <br><br> Defendants. | Case No. 2:22-cv-847-DJC-DMC <br><br> **STIPULATION AND ORDER FOR 21-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND FOR A 21-DAY EXTENSION OF TIME FOR PLAINTIFFS TO FILE AN OPPOSITION** <br><br> Judge: Hon. Daniel J. Calabretta |

**STIPULATION AND ORDER TO EXTEND TIME**

      Pursuant to Local Rules 143 and 144 and this Court's procedure, Defendant Alerus Financial, N.A. ("Alerus") and Plaintiffs Connor Dalton and Anthony Samano as participants in and on behalf of the O.C. Communications Employee Partnership Program Plan and Trust and on behalf of a proposed class of all others who are similarly situated ("Plaintiffs" and together with Alerus, the "Parties") hereby stipulate as follows:

      WHEREAS, Plaintiffs filed their FAC on April 15, 2025 (Dkt. 67);

      WHEREAS, pursuant to Fed. R. Civ. P. 15, Alerus's deadline to move to dismiss or otherwise respond to the FAC is April 29, 2025;

      WHEREAS, Alerus intends to file a motion to dismiss all claims in the FAC;

      WHEREAS, Alerus submits that additional time is needed to evaluate and respond to the complex issues raised in FAC, including new allegations and a new claim against Alerus;

      WHEREAS, the Court has not yet entered a case management order setting case deadlines;

      WHEREAS, this is Alerus's first stipulation for an extension of time to respond to Plaintiffs' FAC;

      WHEREAS, this stipulation is not being brought for the purposes of delay and will not prejudice any party.

      NOW, THEREFORE, the Parties have agreed to extend and jointly request that the Court (1) extend Alerus's deadline to respond to the FAC by 21-days from April 29, 2025 to May 20, 2025 and (2) extend Plaintiffs' deadline to respond to Alerus's contemplated motion to dismiss by 21-days (or until June 10, 2025).

**IT IS SO STIPULATED**.

Dated: April 24, 2025

Respectfully submitted,

*/s/ Lars C. Golumbic*
Lars C. Golumbic, admitted *pro hac vice*
Samuel I. Levin, admitted *pro hac vice*
Shaun A. Gates, admitted *pro hac vice*
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave. NW
Washington, DC 20006

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS'
FIRST AMENDED COMPLAINT**

|   |   |
|---|---|
| 1 | Tel: (202) 857-0620 |
| 2 | Fax: (202) 659-4503 |
|   | Email: lgolumbic@groom.com |
|   | slevin@groom.com |
| 3 | sgates@groom.com |

Natasha Fedder (SBN 325919)
Foundation Law Group LLP
4100 W Alameda Avenue, 3rd Floor
Burbank, CA 91505
Tel: (610) 246-3623
Email: nfedder@foundationlaw.com

Counsel for Defendant ALERUS FINANCIAL, N.A

*/s/ James A. Bloom (with permission SAG)*
James A. Bloom (SBN 158253)
Todd M. Schneider (SBN 311051)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Ste. 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Email: tschneider@schneiderwallace.com
jbloom@schneiderwallace.com

Jason H. Kim (SBN 220279)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
300 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: (415) 421-7100
jkim@schneiderwallace.com

Counsel for Plaintiffs Connor Dalton and Anthony Samano and the Proposed Class

2

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

**ORDER**

IT IS SO ORDERED.

Dated:  April 24, 2025                          /s/ Daniel J. Calabretta
                                                THE HONORABLE DANIEL J. CALABRETTA
                                                UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 24, 2025, I filed the above document electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Lars C. Golumbic*
Lars C. Golumbic

1

**CERTIFICATE OF SERVICE**