Todd M. Schneider (SBN 158253)
James A. Bloom (SBN 311051)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
tschneider@schneiderwallace.com
jbloom@schneiderwallace.com

*Attorneys for Plaintiffs Connor Dalton and*
*Anthony Samano and the Proposed Class*

Stacey E. James, Bar No. 185651
sjames@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California  92101.3577
Tel:    619.232.0441: Fax: 619.232.4302

Wesley E. Stockard, Bar No. 159090
*Admitted Pro Hac Vice*
wstockard@littler.com
LITTLER MENDELSON P.C.
3424 Peachtree Road NE, Suite 1200
Atlanta, Georgia 30326-1127
Tel: 404.443.3502; Fax No.:404.233.2361

Attorneys for Defendant
LARRY L. WRAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNOR DALTON and ANTHONY SAMANO, as participants in and on behalf of the O.C. Communications Employee Partnership Program Plan and Trust, and on behalf of a class of all others who are similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORREST C. FREEMAN (aka CRAIG FREEMAN); ALERUS FINANCIAL, N.A.; CARLA FREEMAN; LARRY L. WRAY; REGINAL D. WRIGHT; RICK WYLIE; DON YEE; JOHN DOES 1-50; O.C. COMMUNICATIONS, INC.; and TAK COMMUNICATIONS CA, INC,<br><br>Defendants. | Case No. 2:22-CV-00847-DJC-DMC<br><br>**STIPULATION AND ORDER FOR 21-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND FOR A 21-DAY EXTENSION OF TIME FOR PLAINTIFFS TO FILE AN OPPOSITION IF NECESSARY**<br><br>Judge:  Hon. Daniel J. Calabretta |

1   Pursuant to Local Rules 143 and 144 and this Court's procedure, Defendant Larry L. Wray

2   ("Wray" or "Defendant") and Plaintiffs Connor Dalton and Anthony Samano as participants in and on

3   behalf of the O.C. Communications Employee Partnership Program Plan and Trust and on behalf of a

4   proposed class of all others who are similarly situated ("Plaintiffs" and together with Wray, the

5   "Parties") hereby stipulate as follows:

6   WHEREAS, Plaintiffs filed their First Amended Complaint ("FAC") on April 15, 2025 (Dkt.

7   67);

8   WHEREAS, pursuant to Fed. R. Civ. P. 15, Wray's deadline to move to dismiss or otherwise

9   respond to the FAC is April 29, 2025;

10  WHEREAS, Wray submits that additional time is needed to evaluate and consider his response

11  to the complex issues raised in FAC, including new allegations, especially in light of counsel for

12  Defendant having travel for multiple hearings and other matters during the limited response period

13  since the FAC was filed, including a hearing in another class action matter on April 28, 2025, the

14  current due date for Wray's response to the FAC;

15  WHEREAS, the Court has not yet entered a case management order setting case deadlines;

16  WHEREAS, this is Wray's first stipulation for an extension of time to respond to Plaintiffs'

17  FAC;

18  WHEREAS, this stipulation is not being brought for the purposes of delay and will not

19  prejudice any party.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

2    CASE NO 2:22-CV-00847-DJC-DMC

1    NOW, THEREFORE, the Parties have agreed to extend and jointly request that the Court (1)

2  extend Wray's deadline to respond to the FAC by 21-days from April 29, 2025 to May 20, 2025 and

3  (2) if Wray elects to file a motion to dismiss claims in the FAC, extend Plaintiffs' deadline to respond

4  to Wray's motion to dismiss by 21-days (or until June 10, 2025).

5  **IT IS SO STIPULATED.**

6  Dated: May 2, 2025                                      LITTLER MENDELSON P.C.

7                                                        */s/ Wesley E. Stockard*

8                                                        Wesley E. Stockard
                                                         Stacey E. James
                                                         Attorneys for Defendant
9                                                        LARRY L. WRAY

10

11                                                       */s/ James A. Bloom (with permission)*

12                                                       James A. Bloom (SBN 158253)
                                                         Todd M. Schneider (SBN 311051)
13                                                       Jason H. Kim (SBN 220279)
                                                         SCHNEIDER WALLACE COTTRELL
14                                                       KONECKY LLP

15                                                       Counsel for Plaintiffs Connor Dalton and
                                                         Anthony Samano and the Proposed Class

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS SO ORDERED.


Dated:  May 2, 2025

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE