Todd M. Schneider (SBN 158253)
James A. Bloom (SBN 311051)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
tschneider@schneiderwallace.com
jbloom@schneiderwallace.com

*Attorneys for Plaintiffs Connor Dalton and Anthony Samano and the Proposed Class*

Stacey E. James, Bar No. 185651
sjames@littler.com
**LITTLER MENDELSON, P.C.**
501 W. Broadway, Suite 900
San Diego, California 92101.3577
Tel:     619.232.0441: Fax: 619.232.4302

Wesley E. Stockard, Bar No. 159090
*Admitted Pro Hac Vice*
wstockard@littler.com
**LITTLER MENDELSON P.C.**
3424 Peachtree Road NE, Suite 1200
Atlanta, Georgia 30326-1127
Tel: 404.443.3502; Fax No.:404.233.2361

Attorneys for Defendant
LARRY L. WRAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNOR DALTON and ANTHONY SAMANO, as participants in and on behalf of the O.C. Communications Employee Partnership Program Plan and Trust, and on behalf of a class of all others who are similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORREST C. FREEMAN (aka CRAIG FREEMAN); ALERUS FINANCIAL, N.A.; CARLA FREEMAN; LARRY L. WRAY; REGINAL D. WRIGHT; RICK WYLIE; DON YEE; JOHN DOES 1-50; O.C. COMMUNICATIONS, INC.; and TAK COMMUNICATIONS CA, INC,<br><br>Defendants. | Case No. 2:22-CV-00847-DJC-DMC<br><br>**STIPULATION AND ORDER FOR 1-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Daniel J. Calabretta |

1    Pursuant to Local Rules 143 and 144 and this Court's procedure, Defendant Larry L. Wray ("Wray" or "Defendant") and Plaintiffs Connor Dalton and Anthony Samano as participants in and on behalf of the O.C. Communications Employee Partnership Program Plan and Trust and on behalf of a proposed class of all others who are similarly situated ("Plaintiffs" and together with Wray, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiffs filed their First Amended Complaint ("FAC") on April 15, 2025 (Dkt. 67);

WHEREAS, pursuant to Fed. R. Civ. P. 15, Wray's deadline to move to dismiss or otherwise respond to the FAC was originally April 29, 2025;

WHEREAS, on April 29, 2025, Wray and Plaintiffs submitted a Stipulation to provide Wray with additional time to evaluate and consider his response to the complex issues raised in FAC in light of counsel for Defendant having travel for multiple hearings and other matters during the limited response period since the FAC was filed, and the Court entered an order extending Wray's responsive pleading deadline through May 20, 2025 (Dkts. 71 and 73);

WHEREAS, on May 21, 2025, Wray's counsel discovered that due to an internal calendaring error at the time the Stipulation to provide Wray with additional time to respond to the complaint was submitted, Defendant's counsel inadvertently calendared the responsive pleading deadline as May 21, 2025, rather than May 20, 2025[1].

WHEREAS, Defendant's counsel immediately contacted Plaintiffs' counsel upon discovering the calendaring error, and explained that Wray's Answer to the FAC was prepared and would be submitted today, May 21, 2025, which was the date Defendant's counsel mistakenly believed it was due, and requested Plaintiffs' consent to a 1-day extension of time for Wray to submit his Answer through today, May 21, 2025, and Plaintiffs' counsel provided Plaintiffs' consent.

WHEREAS, Wray's Answer to the FAC is being filed concurrently with this Stipulation, and Defendant's counsel respectfully submits that no prejudice or harm to any party will result from

---

[1] Specifically, Defendant's counsel accidentally listed an incorrect date in a conferral email sent to Plaintiff's counsel about the initial extension which caused confusion among Defendant's counsel personnel as to the date through which the extension was being agreed, and when this discrepancy was internally clarified the requested 21-day extension was accidentally calendared running from the date after the Stipulation was filed rather than the date of filing.

granting Wray a 1-day extension of time to submit his Answer to the FAC given that the Court has not yet entered a case management order setting case deadlines;

WHEREAS, this is Wray's second stipulation for an extension of time to respond to Plaintiffs' FAC;

WHEREAS, this stipulation is not being brought for the purposes of delay and will not prejudice any party.

NOW, THEREFORE, the Parties have agreed to extend and jointly request that the Court extend Wray's deadline to respond to the FAC by one (1) day from May 20, 2025, to May 21, 2025.

**IT IS SO STIPULATED.**

Dated: May 21, 2025

LITTLER MENDELSON P.C.

*/s/ Wesley E. Stockard*
Wesley E. Stockard
Stacey E. James
Attorneys for Defendant
LARRY L. WRAY

Dated: May 21, 2025

*/s/ James A. Bloom (with permission)*
James A. Bloom (SBN 158253)
Todd M. Schneider (SBN 311051)
Jason H. Kim (SBN 220279)
SCHNEIDER WALLACE COTTRELL KONECKY LLP

Counsel for Plaintiffs Connor Dalton and Anthony Samano and the Proposed Class

## ORDER

IT IS SO ORDERED.

Dated: May 22, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE