Lars C. Golumbic, admitted *pro hac vice*
Samuel I. Levin, admitted *pro hac vice*
Shaun A. Gates, admitted *pro hac vice*
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
Email: lgolumbic@groom.com
       slevin@groom.com
       sgates@groom.com

Natasha Fedder (SBN 325919)
Foundation Law Group LLP
4100 W Alameda Avenue, 3rd Floor
Burbank, CA 91505
Tel: (610) 246-3623
Email: nfedder@foundationlaw.com

Counsel for Defendant ALERUS
FINANCIAL, N.A.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONNOR DALTON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FORREST C. FREEMAN, et al.,<br><br>Defendants. | Case No. 2:22-cv-847-DJC-DB<br><br>**STIPULATION AND ORDER FOR 17-DAY EXTENSION OF TIME TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT ALERUS FINANCIAL N.A.'S MOTION TO DISMISS**<br><br>Judge: Hon. Daniel J. Calabretta |

**STIPULATION AND ORDER TO EXTEND TIME**

1  Pursuant to Local Rules 143 and 144 and this Court's procedure, Defendant Alerus
2  Financial, N.A. ("Alerus") and Plaintiffs Connor Dalton and Anthony Samano, as participants in
3  and on behalf of the O.C. Communications Employee Partnership Program Plan and Trust, and on
4  behalf of a proposed class of all others who are similarly situated ("Plaintiffs" and together with
5  Alerus, the "Parties") hereby jointly stipulate as follows:
6  WHEREAS, Plaintiffs filed their First Amended Complaint (the "FAC") on April 15,
7  2025 (ECF No. 67);
8  WHEREAS, pursuant to L.R. 230(d), Alerus's deadline to reply to Plaintiffs opposition to
9  Alerus's motion to dismiss is June 20, 2025;
10  WHEREAS, Alerus submits that additional time is needed to evaluate and reply to the
11  complex issues raised in Plaintiffs' opposition to Alerus's motion to dismiss and that Alerus's
12  lead counsel is currently out of the country;
13  WHEREAS, the Court has not yet entered a case management order setting case
14  deadlines;
15  WHEREAS, the hearing on Alerus's motion to dismiss is currently scheduled for August
16  7, 2025;
17  WHEREAS, this stipulation is not being brought for the purposes of delay and will not
18  prejudice any party.
19  NOW, THEREFORE, the Parties have agreed to extend and jointly request that the Court
20  extend Alerus's deadline to reply to Plaintiffs' opposition to Alerus's motion to dismiss by 17-
21  days from June 20, 2025 to July 7, 2025.

**IT IS SO STIPULATED**.

Dated: June 17, 2025

Respectfully submitted,

*/s/ Lars C. Golumbic*
Lars C. Golumbic, admitted *pro hac vice*
Samuel I. Levin, admitted *pro hac vice*
Shaun A. Gates, admitted *pro hac vice*
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| 1 | Email: lgolumbic@groom.com |
| 2 | slevin@groom.com |
| | sgates@groom.com |
| 3 | Natasha Fedder (SBN 325919) |
| | Foundation Law Group LLP |
| 4 | 4100 W Alameda Avenue, 3rd Floor |
| | Burbank, CA 91505 |
| 5 | Tel: (610) 246-3623 |
| | Email: nfedder@foundationlaw.com |

1   Email: lgolumbic@groom.com
              slevin@groom.com
2             sgates@groom.com

3   Natasha Fedder (SBN 325919)
    Foundation Law Group LLP
4   4100 W Alameda Avenue, 3rd Floor
    Burbank, CA 91505
5   Tel: (610) 246-3623
    Email: nfedder@foundationlaw.com
6
    Counsel for Defendant ALERUS
7   FINANCIAL, N.A

8   */s/ James A. Bloom (with authorization Shaun A. Gates)*
9   James A. Bloom (SBN 158253)
    Todd M. Schneider (SBN 311051)
10  SCHNEIDER WALLACE
    COTTRELL KONECKY LLP
11  2000 Powell Street, Ste. 1400
    Emeryville, California 94608
12  Telephone: (415) 421-7100
    Email: tschneider@schneiderwallace.com
13  jbloom@schneiderwallace.com

14  Jason H. Kim (SBN 220279)
    SCHNEIDER WALLACE
15  COTTRELL KONECKY LLP
    300 S. Grand Avenue, Suite 2700
16  Los Angeles, CA 90071
    Telephone: (415) 421-7100
17  jkim@schneiderwallace.com

18  Counsel for Plaintiffs Connor Dalton and
    Anthony Samano and the Proposed Class
19

20

21

22

23

24

25

26

27

28

2

**STIPULATION AND ORDER TO EXTEND TIME**

**ORDER**

IT IS SO ORDERED.

Dated:  June 17, 2025                     /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE