Lars C. Golumbic, admitted *pro hac vice*
Samuel I. Levin, admitted *pro hac vice*
Shaun A. Gates, admitted *pro hac vice*
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
Email: lgolumbic@groom.com
       slevin@groom.com
       sgates@groom.com

Natasha Fedder (SBN 325919)
Foundation Law Group LLP
4100 W Alameda Avenue, 3rd Floor
Burbank, CA 91505
Tel: (610) 246-3623
Email: nfedder@foundationlaw.com

Counsel for Defendant ALERUS
FINANCIAL, N.A.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONNOR DALTON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FORREST C. FREEMAN, et al.,<br><br>Defendants. | Case No. 2:22-cv-847-DJC-DB<br><br>**STIPULATION AND ORDER FOR A 21-DAY EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**<br><br>Judge: Hon. Daniel J. Calabretta |

**STIPULATION AND ORDER TO EXTEND TIME**

1  Pursuant to Local Rules 143 and 144 and this Court's procedure, Defendant Alerus
2  Financial, N.A. ("Alerus") and Plaintiffs Connor Dalton and Anthony Samano, as participants in
3  and on behalf of the O.C. Communications Employee Partnership Program Plan and Trust, and on
4  behalf of a proposed class of all others who are similarly situated ("Plaintiffs" and together with
5  Alerus, the "Parties") hereby jointly stipulate as follows:

6  WHEREAS, Plaintiffs filed their First Amended Complaint (the "FAC") on April 15,
7  2025 (ECF No. 67);

8  WHEREAS, on May 20, 2025, Alerus moved to dismiss the FAC (ECF No. 74);

9  WHEREAS, on September 9, 2025, the Court granted in part and denied in part Alerus's
10 Motion to Dismiss (ECF No. 84);

11 WHEREAS, pursuant to the Order, Alerus must file a responsive pleading within 14 days
12 of the service of the Order, which is September 23, 2025 (*see id.* at 13);

13 WHEREAS, Alerus submits that additional time is needed to evaluate and respond to the
14 complex issues raised in the FAC;

15 WHEREAS, the Court has not yet entered a case management order setting case
16 deadlines;

17 WHEREAS, this stipulation is not being brought for the purposes of delay and will not
18 prejudice any party.

19 NOW, THEREFORE, the Parties have agreed to extend and jointly request that the Court
20 extend Alerus's deadline to file a responsive pleading 21-days from September 23, 2025 to
21 October 14, 2025.

22 **IT IS SO STIPULATED**.

23 Dated:  September 19, 2025                    Respectfully submitted,

24                                              */s/ Lars C. Golumbic*
                                                Lars C. Golumbic, admitted *pro hac vice*
25                                              Samuel I. Levin, admitted *pro hac vice*
                                                Shaun A. Gates, admitted *pro hac vice*
26                                              GROOM LAW GROUP, CHARTERED
                                                1701 Pennsylvania Ave. NW
27                                              Washington, DC 20006
                                                Tel: (202) 857-0620
28                                              Fax: (202) 659-4503

**STIPULATION AND ORDER TO EXTEND TIME**

Email: lgolumbic@groom.com
slevin@groom.com
sgates@groom.com

Natasha Fedder (SBN 325919)
Foundation Law Group LLP
4100 W Alameda Avenue, 3rd Floor
Burbank, CA 91505
Tel: (610) 246-3623
Email: nfedder@foundationlaw.com

Counsel for Defendant ALERUS FINANCIAL, N.A

*/s/ James A. Bloom (with authorization SAG)*
James A. Bloom (SBN 158253)
Todd M. Schneider (SBN 311051)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Ste. 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Email: tschneider@schneiderwallace.com
jbloom@schneiderwallace.com

Jason H. Kim (SBN 220279)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
300 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: (415) 421-7100
jkim@schneiderwallace.com

Counsel for Plaintiffs Connor Dalton and Anthony Samano and the Proposed Class

**ORDER**

IT IS SO ORDERED.

Dated: September 19, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO EXTEND TIME**