UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNOR DALTON, et al.<br><br>            Plaintiffs,<br><br>     v.<br><br>FORREST C. FREEMAN, et al.,<br><br>            Defendants. | Case No. 2:22-cv-847-DJC-DMC<br><br>**ORDER GRANTING DEFENDANT ALERUS FINANCIAL, N.A.'S UNOPPOSED REQUEST TO SEAL DOCUMENTS** |

**ORDER**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court, having considered Alerus Financial, N.A.'s ("Alerus") Request to Seal Documents, and for good cause appearing:

**IT IS HEREBY ORDERED THAT:**

Alerus's request is **GRANTED** and the following documents shall be sealed:

- Redacted portions of Alerus's Answer to Plaintiffs' First Amended Complaint ("Answer");
- The following exhibits to the Declaration of Lars C. Golumbic in Support of Alerus's Answer:
    o Exhibit 2, the Engagement Agreement between Alerus, O.C. Communications, Inc. ("OCC"), and Chartwell Financial Advisory, Inc. ("Chartwell");
    o Exhibit 3, Engagement Agreement between Alerus, OCC, and Nixon Peabody LLP;
    o Exhibit 4, the fairness opinion letter from Chartwell to Alerus; and
    o Exhibit 5, Chartwell's valuation of OCC common stock.

**IT IS SO ORDERED.**

Dated: October 14, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

**ORDER**