Todd M. Schneider (SBN 158253)
James A. Bloom (SBN 311051)
**SCHNEIDER WALLACE**
**COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
tschneider@schneiderwallace.com
jbloom@schneiderwallace.com

*Attorneys for Plaintiffs Connor Dalton and*
*Anthony Samano and the Proposed Class*

## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNOR DALTON and ANTHONY SAMANO, as participants in and on behalf of the O.C. Communications Employee Partnership Program Plan and Trust, and on behalf of a class of all others who are similarly situated,<br><br>                                   Plaintiffs,<br><br>          v.<br><br>FORREST C. FREEMAN (aka CRAIG FREEMAN); ALERUS FINANCIAL, N.A.; CARLA FREEMAN; LARRY L. WRAY; REGINAL D. WIGHT; RICK WYLIE; DON YEE; and O.C. COMMUNICATIONS, INC.,<br><br>                                   Defendants. | Case No. 2:22-cv-00847-DJC-DMC<br><br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY SCHEDULE** |

## ORDER

The Court, having considered the Joint Stipulation to Extend Discovery Schedule of Plaintiffs and Defendants and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

1. The deadline for the close of fact discovery of May 29, 2026 is extended to October 30, 2026.

2. The deadline of July 31, 2026, to file initial expert disclosures is extended January 15, 2027.

3. The deadline of August 31, 2026, to file rebuttal expert disclosures is extended to February 15, 2027.

4. The expert discovery cutoff of September 30, 2026 is extended to March 26, 2027.

5. The dispositive motion filing deadline of December 4, 2026 is extended to June 4, 2027.

6. The dispositive motion hearing is moved from January 21, 2027 at 1:30 PM to July 29, 2027 at 1:30 PM.

7. The Final pretrial hearing is moved from May 6, 2027 at 1:30 PM to November 18, 2027 at 1:30 PM.

8. The Jury/ Bench Trial is moved from July 12, 2027 at 9:00 AM to January 24, 2028 at 8:30 AM.

**IT IS SO ORDERED.**

Dated:  June 2, 2026                  /s/ Daniel J. Calabretta
                                      THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE

**ORDER GRANTING JOINT STIPULATION
TO EXTEND DISCOVERY SCHEDULE**