Todd M. Schneider (SBN 158253)
James A. Bloom (SBN 311051)
**SCHNEIDER WALLACE**
**COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
tschneider@schneiderwallace.com
jbloom@schneiderwallace.com

*Attorneys for Plaintiffs Connor Dalton and*
*Anthony Samano and the Proposed Class*

### THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNOR DALTON and ANTHONY SAMANO, as participants in and on behalf of the O.C. Communications Employee Partnership Program Plan and Trust, and on behalf of a class of all others who are similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>FORREST C. FREEMAN (aka CRAIG FREEMAN); ALERUS FINANCIAL, N.A.; CARLA FREEMAN; LARRY L. WRAY; REGINAL D. WIGHT; RICK WYLIE; DON YEE; and O.C. COMMUNICATIONS, INC.,<br><br>     Defendants. | Case No. 2:22-cv-00847-DJC-DMC<br><br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF** |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF**

## ORDER

The Court, having considered Plaintiff's Unopposed Motion for Administrative Relief, Plaintiffs have good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs have until July 6, 2026, to file an opposition to Defendant's Motion for Judgement on the Pleadings.

2. Plaintiffs shall file a reply, if any, within ten (10) days thereafter.

**IT IS SO ORDERED.**

Dated:  June 18, 2026                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

5261713.1

-2-
**PROPOSED ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF**