Todd M. Schneider (SBN 158253)
James A. Bloom (SBN 311051)
**SCHNEIDER WALLACE**
**COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
tschneider@schneiderwallace.com
jbloom@schneiderwallace.com

*Attorneys for Plaintiffs Connor Dalton and Anthony Samano and the Proposed Class*

**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONNOR DALTON and ANTHONY SAMANO, as participants in and on behalf of the O.C. Communications Employee Partnership Program Plan and Trust, and on behalf of a class of all others who are similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORREST C. FREEMAN (aka CRAIG FREEMAN); ALERUS FINANCIAL, N.A.; CARLA FREEMAN; LARRY L. WRAY; REGINAL D. WIGHT; RICK WYLIE; DON YEE; and O.C. COMMUNICATIONS, INC.,<br><br>Defendants. | Case No. 2:22-cv-00847-DJC-DMC<br><br>**ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF** |

**ORDER**

The Court, having considered the Parties' Joint Motion for Administrative Relief, the Parties have good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

1. The Parties file documents to dispose of the matter on or before October 23, 2026.

**IT IS SO ORDERED.**

Dated: September 4, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE